IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TANK TECH, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:07CV00020 HEA |
| LAD NEAL, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's motion to continue the preliminary injunction hearing and to modify the temporary restraining order previously entered herein. The Court finds that Defendant's motions are well taken.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Continuance is granted.

IT IS FURTHER ORDERED that the Temporary Restraining Order previously entered in this case is modified as follows:

1. Effectively immediately, Defendant is allowed to work for Petrofuse or its related entities, provided that Defendant's duties are limited to the marketing or sale of piping.

2. Defendant shall not enter any job site where tank lining or retrofitting of petroleum storage tanks is being performed.

3. Except as specifically modified herein, the temporary restraining order previously entered in this case will remain in full force and effect until such time as the Court rules on Plaintiff's request for permanent injunctive relief.

SO ORDERED this 2nd day of April, 2007.

_____
Honorable Henry E. Autrey
United States District Judge